**01–1984. Aetna Cas. & Sur. Co. v. Goodyear Tire & Rubber Co.**
Summit App. No. 19121. On motion for admission *pro hac vice* of Joseph B. Royster for Stonewall Insurance Company by Anthony J. Hartman. Motion granted.

COOK, J., not participating.

**01–13. State v. Dixon.**
Lucas App. No. L–96–004. On motion for appointment of new co-counsel as substitution for Annette Powers. Motion denied.

PFEIFER, J., dissents.

COOK, J., dissents and would appoint the Public Defender and grant forty days' leave to file.
RESNICK, J., not participating.

**01–270. Green Local School Dist. Bd. of Edn. v. Ohio Assn. of Pub. School Emp., Local 274.**
Summit App. No. 19931. On motion to supplement record with supplement attached. Motion denied.

On motion to strike references to appellee's post-hearing brief, the post-hearing brief itself, and motion with attachment. Motion to strike granted.

F.E. SWEENEY, J., dissents.

**01–1231. Bardes v. Todd.**
Hamilton App. No. C–000055. On emergency motion for stay of this court's entry of September 26, 2001, or, in the alternative, motion to vacate. Motions denied.

**01–1386. State ex rel. Maynard v. Indus. Comm.**
In Mandamus. On answer of respondent Industrial Commission of Ohio et al. *Sua sponte*, alternative writ granted.

F.E. SWEENEY, J., would dismiss.
LUNDBERG STRATTON, J., would deny.

**01–1448. State ex rel. York Internatl. Corp. v. Indus. Comm.**
Franklin App. No. 00AP–1136. On motion to not dismiss case for the reason that it is currently in mediation. Motion granted.

DOUGLAS, J., dissents.

COOK, J., dissents and would *sua sponte* stay the briefing.

**01–1624. State ex rel. Howard v. Seaway Foodtown, Inc.**
Franklin App. No. 00AP–1097. On motion for stay of court of appeals costs. Motion denied.

RESNICK, J., dissents.

**01–1741. State v. Hertzel.**
Medina App. No. 3170–M. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and COOK, JJ., dissent.

**01–1742. State v. Rivera.**
Lorain App. No. 98CA007204. On motion for leave to file delayed appeal. Motion denied.

**01–1754. Goldauskas v. Elyria Foundry Co.**
Lorain App. No. 00CA007744. On motion for stay of court of appeals' judgment. Motion granted.

DOUGLAS, J., dissents.

**01–1761. State v. Farley.**
Lawrence App. No. 00CA25. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.